UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD DEAN KINSER,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 2:13-CV-00081
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On December 3, 2013, the Magistrate Judge issued a Report and Recommendation in this case. Doc. 18. He recommended the following: (1) "that the plaintiff's statement of errors be sustained to the extent that the case be remanded to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four"; and, (2) should the Court follow the first recommendation, "the motion for a sentence six remand (Doc. 12) be denied as moot." *Id.* at 13–14. The Report and Recommendation advised the parties that a failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 14. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation is **ADOPTED**. The plaintiff's statement of errors is **SUSTAINED**; this action is hereby **REMANDED** for further proceedings consistent with the December 3, 2013 Report and Recommendation; and the motion for a sentence six remand is **DENIED as moot**.

IT IS SO ORDERED.

1-6-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE