AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RICHARD DEAN KINSER,**

       **Plaintiff,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

                                 **CASE NO. 2:13-CV-00081**

**COMMISSIONER OF**           **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**            **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the ORDER filed 01/06/14, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: 01/06/2014                                      JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk